No. 04-02-00276-CV

IN RE Scott CABALLERO


Original Mandamus Proceeding

Arising from the 406th Judicial District Court, Webb County, Texas 

Trial Court No. 2002 CVG 00032604

Honorable Andres Reyes, Judge Presiding




PER CURIAM


Sitting: Alma L. López, Justice

 Sarah B. Duncan, Justice

 Sandee Bryan Marion, Justice

 

Delivered and Filed: May 8, 2002


PETITION FOR WRIT OF MANDAMUS DENIED


 On April 18, 2002, relator filed a petition for writ of mandamus. This court has determined
that the relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App.
P. 52.8(a). 

 Relator shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH